IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02578-PAB-KLM

BRANDON BAKER, Rev.,

    Plaintiff,

v.

THE STATE OF COLORADO, and
JOHN SUTHERS, Attorney General,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Summary Judgment Combined With Response to Defendant's Motions** [Docket No. 30; Filed December 19, 2011] (the "Motion"). As an initial matter, pursuant to D.C.COLO.LCivR 7.1.C., "[a] motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper."[1] Plaintiff's Motion impermissibly combines his own request for summary judgment along with his responses to Defendants' Motion for Default Judgment [#25] and Motion for Leave to File Excess Pages [#26]. *See Nielson v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994) (stating that *pro se* litigants must follow the same procedural rules that govern other litigants). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

    Dated: December 21, 2011

---

[1] A copy of the Local Rules of Practice for the United States District Court for the District of Colorado may be found at: http://www.cod.uscourts.gov/LocalRules/Rules.aspx.